FAIRLIE *vs.* MAXWELL.

A QUESTION was submitted to the court, whether a district attorney is personally liable to the clerk of the circuit for his fees, on the trial of a cause removed from the oyer and terminer and tried at the circuit.

A district attorney is not liable to the clerk of the circuit, for fees in a criminal case tried in that court.

*By the Court,* SUTHERLAND, J. This case is not distinguishable from that of *The People* v. *Van Wyck,* (4 *Cowen,* 260.) The district attorney does not receive the fees claimed from him : there is, therefore, no propriety in subjecting him to the payment of them. The clerk has a claim against the county where such cause is tried, for his remuneration.